WILSON TURNER KOSMO LLP
MERYL C. MANEKER (188342)
RITA M. LEONG (300058)
J. PATRICK ALLEN (268130)
BRIAN G. LEE (300990)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  mmaneker@wilsonturnerkosmo.com
E-mail:  rleong@wilsonturnerkosmo.com
E-mail:  pallen@wilsonturnerkosmo.com
E-mail:  blee@wilsonturnerkosmo.com

Attorneys for Defendants
AMAZON LOGISTICS, INC. and
AMAZON.COM LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LOPEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VELOCITY TRANSPORT LLC; AMAZON.COM, LLC; AMAZON LOGISTICS, INC.; and Does 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.  3:22-cv-01414-RSH-KSC<br><br>**NOTICE OF APPEARANCE BY MERYL C. MANEKER**<br><br>Judge:　　　　Hon. Robert S. Huie<br>Courtroom:　 3B / Room 3142<br><br>Magistrate:　 Hon. Karen S. Crawford<br>Courtroom:　 2B / 2140<br><br>Trial Date:　　Not Set<br>Complaint Filed: March 17, 2022 |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Meryl C. Maneker of Wilson Turner Kosmo LLP hereby enters an appearance on behalf of Defendants AMAZON LOGISTICS, INC. and AMAZON.COM LLC  in the above-referenced case.  In addition to Attorney Rita M. Leong, all future pleadings, discovery and notices should be

-1-　　Case No.  3:22-cv-01414-RSH-KSC

1 | addressed to Meryl C. Maneker at Wilson Turner Kosmo LLP, 402 West Broadway,
2 | Suite 1600, San Diego, California 92101; mmaneker@wilsonturnerkosmo.com.
3 | Dated:    September 20, 2022        **WILSON TURNER KOSMO LLP**

By:   /s/ *Meryl C. Maneker*
MERYL C. MANEKER
RITA M. LEONG
J. PATRICK ALLEN
BRIAN G. LEE
Attorneys for Defendants
AMAZON LOGISTICS, INC. and
AMAZON.COM LLC