DAVID C. HAWKES; SBN: 224241
dhawkes@bkflaw.com
BLANCHARD, KRASNER & FRENCH
800 Silverado St., 2nd Floor
La Jolla, CA 92037
Telephone:  (858) 551-2440
Facsimile:   (858) 551-2434

DAVID A. HUCH; SBN: 222892
david.a.huch@gmail.com
LAW OFFICE OF DAVID A. HUCH
12223 Highland Ave., Ste. 106-574
Rancho Cucamonga, CA 91739
Telephone:  (909) 463-6363
Facsimile:   (909) 614-7008

Attorneys for Plaintiff
FRANCISCO LOPEZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO LOPEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VELOCITY TRANSPORT LLC; AMAZON.COM, LLC; AMAZON LOGISTICS, INC.; and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:22-cv-1414- RSH-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: September 19, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 3B<br><br>Dist. Judge: Hon. Robert S. Huie<br>Mag. Judge: Hon. Karen S. Crawford<br><br>Complaint Filed: March 17, 2022<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 19, 2024 at 1:30 p.m. in the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, Courtroom 3B (third floor), the Honorable Robert S. Huie presiding, Plaintiff Francisco Lopez ("Plaintiff") will and hereby does move for entry of an Order granting final approval of the Joint Stipulation of Class and PAGA Action Settlement and Release of Claims ("Settlement"). Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

This motion is unopposed by Defendants Velocity Transport LLC, Amazon.com, LLC and Amazon Logistics, Inc. ("Defendants") and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Declarations of David C. Hawkes and David A. Huch, the Declaration of Gillian McCreedy (of Simpluris class action administrator), filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

Dated: August 22, 2024

Respectfully Submitted,
BLANCHARD, KRASNER & FRENCH

 /s/ David C. Hawkes
David C. Hawkes
Counsel for Plaintiff Francisco Lopez