

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Francisco Lopez Individually and On
Behalf of All Others Similarly Situated

**Civil Action No.** 22-cv-01414-RSH-KSC

**Plaintiff,**

**V.**

Velocity Transport LLC; Amazon.com,
LLC; Amazon Logistics, Inc.; Does 1
through 20, inclusive

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In accordance with the foregoing, the court GRANTS Plaintiff's final approval motion [ECF No. 49] and GRANTS AS MODIFIED Plaintiff's motion for attorneys' fees, costs, an incentive award, and settlement administration expenses [ECF No. 50].
1. The Parties are DIRECTED to implement the Settlement Agreement according to its terms and conditions.
2. The Court APPROVES Class Counsel's request for an award of attorneys' fees in the amount of $200,686 and costs in the amount of $8,215.55.
3. The Court APPROVES AS MODIFIED an incentive award to Plaintiff Francisco Lopez in the amount of $10,000.
4. The Court APPROVES the Settlement Administration costs in the amount of $9,620.
5. The Court retains continuing jurisdiction over this settlement solely for the purposes of enforcing the agreement, addressing settlement administration matters, and addressing such post-judgment matters as may be appropriate under Court rules and applicable law.
6. Judgment is entered on the terms set forth above. The case is hereby closed.

**Date:**      12/3/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy